No. 89–773. TENNESSEE v. PILKEY. Sup. Ct. Tenn. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 89–1182. KENTUCKY v. JOHNSON. Sup. Ct. Ky. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 89–882. CLARKE COUNTY, GEORGIA, SCHOOL DISTRICT v. DREW P. C. A. 11th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 89–1189. BROCK ET UX., INDIVIDUALLY AND AS NEXT FRIENDS OF BROCK, A MINOR v. MERRELL DOW PHARMACEUTICALS, INC. C. A. 5th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 89–1016. HERNANDEZ COLON, GOVERNOR OF PUERTO RICO, ET AL. v. MORALES FELICIANO ET AL. C. A. 1st Cir. Motion of respondents Pedro Rivera Ortiz et al. for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 89–1318. EGLY ET AL. v. MINNESOTA MINING & MANUFACTURING CO. C. A. Fed. Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.